■ GIMOLITA Fox, Appellant, v. WILLIAM Fox, Respondent.— Judgment unanimously affirmed on the law and on the facts, with costs to defendant-respondent. We find no justification for the charges and criticism leveled by appellant against the Trial Justice. The record does not demonstrate that the Trial Justice departed from acceptable standards of judicial conduct or from an attitude of disinterestedness so as to deprive plaintiff of a fair and impartial trial. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.